United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Chabad Chayil, Inc., Plaintiff, <br><br> v. <br><br> The School Board of Miami-Dade County Florida and Miami-Dade County, Office of Inspector General, Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 20-21084-Civ-Scola <br> ) <br> ) <br> ) |

### Order Adopting Magistrate's Report and Recommendation

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on Defendant The School Board of Miami-Dade County's motion to tax costs (ECF No. 80). On April 8, 2021, Judge Torres issued a report, recommending that the Court grant the motion in part and deny it in part, and award the Defendant costs in the amount of $428. (Rep. & Recs., ECF No. 93.) No objections have been filed and the time to object has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, the Court finds Judge Torres's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Torres's report and recommendation (**ECF No. 93**) and **grants in part and denies in part** the Defendant's motion (**ECF No. 76**). Consistent with the report, the Court awards **$428** in taxable costs, plus interest from the date of final judgment, to Defendant The School Board of Miami-Dade County, to be paid by Plaintiff Chabad Chayil, Inc.

**Done and ordered** at Miami, Florida on April 28, 2021.

Robert N. Scola, Jr.
United States District Judge